SILAS HEYSER et al., Appellants, *v.* CHARLES G. PETERSON, Respondent.

*Heyser* v. *Peterson,* 63 App. Div. 620, affirmed.
(Argued November 20, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 5, 1901, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury.

*Alexander S. Bacon* for appellants.

*James P. Philip* and *J. Stewart Ross* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

THE NEW YORK MILK PRODUCTS COMPANY, Respondent, *v.* HIRAM A. DAMON et al., Appellants.

*N. Y. Milk Products Co.* v. *Damon,* 57 App. Div. 261, affirmed.
(Submitted November 20, 1902; decided December 9, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 26, 1901, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Frank W. Stevens* for appellants.

*James C. Sheldon* and *B. F. Congdon* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.